(No. 5733— )

THOMAS V. CASSIDY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 9, 1970.*

THOMAS V. CASSIDY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5736— )

SHARON HAROLD, Claimant, vs. STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed July 9, 1970.*

SHARON HAROLD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5739— )

ROGERS PARK MANOR, INC., Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed July 9, 1970.*

ROGERS PARK MANOR, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.